NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____
                                                 :

PRADIP JOSHI,                            :

                                          :

            Plaintiff,             :       Civil Action No.: 06-5448 (JLL)

                                          :

v.                                   :       **ORDER ADOPTING THE REPORT**

                                        :       **AND RECOMMENDATION OF**

K-MART CORPORATION, et al.,    :       **THE MAGISTRATE JUDGE**

                                        :

                                        :

            Defendant.            :
_____:

**LINARES, District Judge.**

       This matter having come before the Court on the Report and Recommendation of United States Magistrate Claire C. Cecchi, filed September 7, 2007, and the Court having received no objections, and the Court having reviewed the Report and Recommendation and other documents on file in this matter, and for good cause shown,

       **IT IS** on this 23rd day of September, 2007,

       **ORDERED** that the Report and Recommendation of Magistrate Claire C. Cecchi filed September 7, 2007, recommending that Plaintiff's motion to remand [Docket # 5] be denied is hereby ADOPTED as the findings of fact and conclusions of law of this Court.

                                         /s/ Jose L. Linares_____
                                         United States District Judge